Dismissed and Memorandum Opinion filed May 21, 2009








Dismissed
and Memorandum Opinion filed May 21, 2009.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-09-00345-CR

____________

 

MARCUS MUKES,
Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the
185th District Court

Harris County, Texas

Trial Court Cause No. 1202944

 



 

M E M O R A N D U M   O P I N I O N

Appellant
entered a guilty plea to prostitution.  In accordance with the terms of a plea
bargain agreement with the State, the trial court sentenced appellant on March
19, 2009, to confinement for one year in the county jail.  Appellant filed a
pro se notice of appeal.  We dismiss the appeal.  








The
trial court entered a certification of the defendant=s right to appeal in which the court
certified that this is a plea bargain case, and the defendant has no right of
appeal.  See Tex. R. App. P. 25.2(a)(2). 
The trial court=s certification is included in the record on appeal.  See
Tex. R. App. P. 25.2(d).  The
record supports the trial court=s certification.  See Dears v. State, 154 S.W.3d 610,
615 (Tex. Crim. App. 2005).

Accordingly,
we dismiss the appeal.  

 

PER CURIAM

 

 

Panel consists of Justices Seymore, Brown, and
Sullivan.

Do Not Publish C Tex. R. App. P.
47.2(b)